UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ODELIA ANDERSON, Supervised Administrator of the Estate of MELISSA WEAKLEY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, d/b/a FRIEND FAMILY HEALTH CENTER, INC.,<br><br>Defendant. | No. 12 C 5824<br>Judge Shadur<br>Magistrate Judge Keys |

### ORDER APPROVING SETTLEMENT

Upon the motion of ODELIA ANDERSON, Supervised Administrator of the Estate of MELISSA WEAKLEY, deceased, to approve Settlement

IT IS HEREBY ORDERED THAT:

1. The Petition is Granted.

2. In the event the Department of Justice and/or the Probate Division of the Circuit Court of Cook County, Illinois, fails to approve this settlement, in its entirety, as set forth in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Pursuant to 28 U.S.C. 2677, that this order will be vacated, *nunc pro tunc* to the date of entry, and the matter shall be placed on Judge Milton Shadur's civil call for discovery and trial.

3. Upon approval by the Department of Justice, Plaintiff will commence probate proceedings in Circuit Court of Cook County, Illinois for each of the heirs of Melissa Weakley.

Entered August 23, 2013

Milton I. Shadur
US District Judge

1